**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30155 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-00086-SEH |
| v. | |
| BILLY JOE CURTIS, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted April 17, 2012**

Before:     LEAVY, PAEZ, and BEA, Circuit Judges.

Billy Joe Curtis appeals from his guilty-plea conviction and 57-month

sentence for being a felon in possession of a firearm, in violation of 18 U.S.C.

§ 922(g)(1), and possession of a stolen firearm, in violation of 18 U.S.C. § 922(j).

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Curtis's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Curtis has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief as to Curtis's conviction. Curtis waived his right to appeal his sentence. We accordingly dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**